IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| William Ray Ward, #091566, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 2:07-0106-HMH-RSC |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Parole, Probation and Pardon Board; | ) | |
| J. Benjamin Aplin, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court with the Report and Recommendation of United States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1) (2006) and Local Civil Rule 73.02 of the District of South Carolina. William Ray Ward ("Ward"), a state prisoner proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. In his Report and Recommendation, Magistrate Judge Carr recommends granting the Defendants' motion for summary judgment and denying the Plaintiff's motion for summary judgment.

    Ward filed objections to the Report and Recommendation. Objections to the Report and Recommendation must be specific. Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge. See United States v. Schronce, 727 F.2d 91, 94 & n.4 (4th Cir. 1984). In the absence of specific objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

Upon review, the court finds Ward's objections are non-specific, unrelated to the dispositive portions of the Magistrate Judge's Report and Recommendation, or merely restate his claims. Based on the foregoing, after a thorough review of the Magistrate Judge's Report and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation.

Therefore, it is

**ORDERED** that the Defendants' motion for summary judgment, document number 12, is granted and the Plaintiff's motion for summary judgment, document number 16, is denied.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
November 7, 2007

### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.